April 18, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

FRONTIER LOGISTICS, L.P., FLPCW, L.P., GEORGE COOK, GLENN WISEMAN, JAMES MADLER, AND CHRISTY FULTON, Appellants

NO. 14-11-00357-CV                                    V.

NATIONAL PROPERTY HOLDINGS, L.P., MICHAEL PLANK, AND RUSSELL PLANK, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, National Property Holdings, L.P., Michael Plank, and Russell Plank, signed, April 18, 2011, was heard on the transcript of the record. We have inspected the record and conclude that the trial court erred to the extent it denied the appellants' motion for summary judgment and granted the appellees' motion for summary judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellees, National Property Holdings, L.P., Michael Plank, and Russell Plank, take nothing by their claims against appellants. We further order that all costs incurred by reason of this appeal be paid by appellees, National Property Holdings, L.P., Michael Plank and Russell Plank. We further order this decision certified below for observance.